IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN ESPOSITO | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 17-2936 |
| LAS VEGAS SANDS CORPORATION | : | |

**O R D E R**

**AND NOW**, this  21st  day of  February , 2018, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(2) and (3), and Alternatively, to Transfer Venue Pursuant to 28 U.S.C. §§ 1404 or 1406 (ECF No. 5), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Motion is **GRANTED**.

2. This case shall be transferred to the District of Nevada.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**