# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KAREN ESPOSITO, | Case No. 2:18-cv-00550-GMN-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| LAS VEGAS SANDS CORPORATION, | |
| Defendant. | |

This matter was transferred from the Eastern District of Pennsylvania to the District of Nevada on March 27, 2018. (Order (ECF No. 10).) This court subsequently ordered the parties to file a joint status report by April 26, 2018, addressing (1) the status of this case, including a list of pending motions and/or other matters requiring the court's attention, and (2) a statement of action to be taken by the court. (Order (ECF No. 12).) The parties have not done so. Accordingly, the parties must meet and confer and file a joint status report by June 8, 2018.

IT IS SO ORDERED.

DATED: May 18, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE