UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| KAREN ESPOSITO, | CIVIL ACTION |
| Plaintiff, | |
| v. | 2:18-cv-00550-GMN-CWH |
| LAS VEGAS SANDS CORPORATION, | |
| Defendant. | |

## AMENDED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CIVIL ACTION

It is hereby stipulated, by and amongst the parties, that any and all claims by Plaintiff as against Defendant, Las Vegas Sands Corporation, are hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(2), as this matter has been settled between the parties. The parties shall bear their own fees and costs relative to this matter.

**Rovner, Allen, Rovner, Zimmerman and Nash**

_____
Jeffrey I. Zimmerman, Esquire
Attorney for Plaintiff
Karen Esposito

**Royal & Miles, LLP**

_____
Michael A. Royal, Esquire
Attorney for Defendant
Las Vegas Sands Corporation

**Post & Schell, P.C.**

_____
Robert J. Balch, Esquire
Attorney for Defendant
Las Vegas Sands Corporation

IT IS SO ORDERED.

DATED this 12 day of August, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court